# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. FELDER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HENSON, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01622-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION TO DISMISS**<br><br>(Docs. 21, 38) |

Plaintiff, Anthony E. Felder, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff is proceeding on his First Amended Complaint.  (Doc. 12.)  Defendants filed a motion to dismiss on March 4, 2014.  (Doc. 21.)  On September 11, 2015, the Magistrate Judge recommended Defendants' motion to dismiss be granted and that Plaintiff be allowed to file a second amend complaint.  (Doc. 38.)  The Findings and Recommendations was served on the parties that same date and allowed for objections to be filed within twenty-one days.  (*Id.*)  Despite a lapse of more than the time allowed, neither side has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on September 11, 2015, is adopted in full;
2. Defendants' motion to dismiss, filed on March 4, 2014 (Doc. 21) is granted; and
3. Within thirty (30) days from the date of service of this order, Plaintiff must either file a second amended complaint curing the deficiencies identified in the Findings and Recommendations; or
4. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:   October 16, 2015                                   _____
                                                            SENIOR DISTRICT JUDGE