# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY E. FELDER, | Case No. 1:13-cv-01622-AWI-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER AMENDING THE DISCOVERY AND SCHEDULING ORDER, VACATING THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| HENSON, et al., | **(Doc. 73)** |
| Defendants. | |

On July 5, 2017, Defendants filed a motion seeking to modify the Discovery and Scheduling Order to vacate the July 13, 2017 dispositive motion filing deadline. (Doc. 73.) Defendants request this date be vacated since the court recently issued findings and recommendations to grant Defendant's motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies prior to filing suit, which is awaiting district judge review. Good cause for the requested extension has been presented and found.

///
///
///
///
///

Accordingly, the Court **ORDERS** that Defendants' motion to vacate the dispositive motion filing deadline, filed on July 5, 2017 (Doc. 73), is **GRANTED**.[1]

IT IS SO ORDERED.

    Dated: __**July 7, 2017**__             __**/s/ Jennifer L. Thurston**__
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If the district judge does not adopt the pending findings and recommendations on Defendant's motion for summary judgment in full, a new deadline to file dispositive motions will be set.